# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

140847

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TERRIE TAYLOR,
      Petitioner-Appellee,

v

CITY OF TRAVERSE CITY,
      Respondent-Appellant.

SC: 140847
COA: 287565
MTT: 00-321766

_____/

      By order of June 28, 2010, the application for leave to appeal was held in abeyance pending the decision in *Klooster v City of Charlevoix* (Docket No. 140423). On order of the Court, the case having been decided on March 10, 2011, 488 Mich 289 (2011), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

t0516